523 A.2d 332

Joseph Martin **FRYE**, Appellant,

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF TRAFFIC SAFETY, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 29, 1987.

Decided March 30, 1987.

Smith B. Gephart, Harrisburg, for appellant.

Spencer A. Manthorpe, Chief Counsel, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA, and PAPADAKOS, JJ.

PER CURIAM.

Order affirmed.

ZAPPALA, J., notes a dissent.